# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

04/13/2021

IN RE:

| | |
|---|---|
| THERESA M. JACOBS | Case No.16-23487 JAD |
| 126 WOODCREST DRIVE | |
| CANONSBURG,  PA  15317 | Chapter 13 |
| XXX-XX-7226        Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/13/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| **SYNCHRONY BANK++** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: 2060 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  QCARD/PRAE | |

---

| **ALDRIDGE PITE LLP** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 4375 JUTLAND DR STE 200 | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 17933 | | |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92177-0933 | COMMENT:  NATIONSTAR MORT/PRAE | |

---

| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN** | Trustee Claim Number:3  INT %: 4.00% | CRED DESC:  VEHICLE |
|---|---|---|
| PO BOX 183853 | Court Claim Number:2 | ACCOUNT NO.: 4818 |
| | CLAIM:  12,794.82 | |
| ARLINGTON, TX  76096 | COMMENT:  CL$@12794.82GOVS@4%MDF/PL*13083@4%MDF/PL | |

---

| **PRINCIPAL BANK** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMENT |
|---|---|---|
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:5 | ACCOUNT NO.: 0004 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/CL-PL*303.84 X (60+2)=LMT*$0 ARRS/PL*2ND*BGN 10/16 | |

---

| **US BANK NA** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMENT |
|---|---|---|
| C/O US BANK HOME MORTGAGE | Court Claim Number:14 | ACCOUNT NO.: 0260 |
| 4801 FREDERICA ST | | |
| | CLAIM:  0.00 | |
| OWENSBORO, KY  42301 | COMMENT:  PMT/DECL*DKT4LMT*1ST*BGN 10/16 | |

---

| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:9-2 | ACCOUNT NO.: 7226 |
| PO BOX 7317 | | |
| | CLAIM:  1,594.11 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $CL-PL*13-14/CL-PL*AMD | |

---

| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.: 0538 |
| | CLAIM:  619.56 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  1800/SCH | |

---

| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 2427 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

---

| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:8 | ACCOUNT NO.: 4003 |
| | CLAIM:  671.80 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  X0243/SCH*ANN TAYLOR | |

---

| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:6 | ACCOUNT NO.: 9031 |
| | CLAIM:  271.43 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  X9239/SCH*VICTORIAS SECRET | |

| DISCOVER BANK(*) | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DISCOVER FINANCIAL SVCS | Court Claim Number:1 | ACCOUNT NO.: 0522 |
| POB 3025 | | |
| | CLAIM: 7,546.32 | |
| NEW ALBANY, OH 43054 | COMMENT: 2825/SCH | |

| UNITED STATES DEPARTMENT OF EDUCATION | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O GREAT LAKES EDUCATIONAL LOAN SVCS II | Court Claim Number:4-2 | ACCOUNT NO.: 7226 |
| PO BOX 790321 | | |
| | CLAIM: 33,986.47 | |
| ST LOUIS, MO 63179-0321 | COMMENT: X4579/SCH*AMD | |

| PNC BANK NA | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number:13 | ACCOUNT NO.: 8433 |
| | CLAIM: 2,537.82 | |
| CLEVELAND, OH 44101 | COMMENT: X2046/SCH | |

| PNC BANK NA | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number:10 | ACCOUNT NO.: 0707 |
| | CLAIM: 3,406.26 | |
| CLEVELAND, OH 44101 | COMMENT: 9763/SCH*NATIONAL CITY BANK | |

| PRA AG FUNDING LLC | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: 4014 |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23502 | COMMENT: | |

| SYNCHRONY BANK | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 965036 | Court Claim Number: | ACCOUNT NO.: 7041 |
| | CLAIM: 0.00 | |
| ORLANDO, FL 32896-5036 | COMMENT: CARE CREDIT | |

| SYNCHRONY BANK | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 965036 | Court Claim Number: | ACCOUNT NO.: 4827 |
| | CLAIM: 0.00 | |
| ORLANDO, FL 32896-5036 | COMMENT: GAP | |

| SYNCHRONY BANK | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 965036 | Court Claim Number: | ACCOUNT NO.: 6228 |
| | CLAIM: 0.00 | |
| ORLANDO, FL 32896-5036 | COMMENT: JCP | |

| SYNCHRONY BANK | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 965036 | Court Claim Number: | ACCOUNT NO.: 2444 |
| | CLAIM: 0.00 | |
| ORLANDO, FL 32896-5036 | COMMENT: TJ MAXX | |

| TD BANK USA NA** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:17 | ACCOUNT NO.: 9342 |
| PO BOX 3978 | | |
| | CLAIM: 1,300.40 | |
| SEATTLE, WA 98124 | COMMENT: X9689/SCH*TARGET | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TD BANK USA NA** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:16 | ACCOUNT NO.:  1990 |
| PO BOX 3978 | | |
| | CLAIM:  326.36 | |
| SEATTLE, WA  98124 | COMMENT:  4192/SCH*TARGET | |

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY SYSTEMS** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 469046 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ESCONDIDO, CA  92046 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| C/O WELTMAN WEINBERG & REIS CO LPA | Court Claim Number: | ACCOUNT NO.: |
| 2500 KOPPERS BLDG | | |
| 436 SEVENTH AVE | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **FMS INC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 707600 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TULSA, OK  74170 | COMMENT: | |

| | | |
|---|---|---|
| **IC SYSTEM INC++** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 444 HIGHWAY 96 E | Court Claim Number: | ACCOUNT NO.: |
| POB 64378 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55164 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF JUSTICE (USAO)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| ATTN FINANCIAL LITIGATION UNIT | Court Claim Number: | ACCOUNT NO.: |
| 700 GRANT ST STE 4000 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.:  16-23487-JAD |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM:  310.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  FEES/PL | |

| | | |
|---|---|---|
| **PRINCIPAL BANK** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:5 | ACCOUNT NO.:  0004 |
| PO BOX 619094 | | |
| | CLAIM:  303.84 | |
| DALLAS, TX  75261-9741 | COMMENT:  $CL-PL*2ND*THRU 9/16 | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| FRICK BUILDING 14TH FL | | |
| 437 GRANT ST | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  BORO OF CANONSBURG/PRAE | |

| | | |
|---|---|---|
| **CANONSBURG BOROUGH-GARBAGE** | Trustee Claim Number:30 INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE-DLQ CLLCTR | Court Claim Number:7 | ACCOUNT NO.:  0800 |
| 102 RAHWAY RD | | |
| | CLAIM:  38.39 | |
| MCMURRAY, PA  15317 | COMMENT:  1000410000000800*NT/SCH*$@10%/CL-PL*12/CL*WNTS 10% | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:9-2 | ACCOUNT NO.: 7226 |
| PO BOX 7317 | | |
| | CLAIM:  16.79 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*AMD | |
| **MIDLAND FUNDING LLC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:11 | ACCOUNT NO.: 7322 |
| PO BOX 2011 | | |
| | CLAIM:  248.83 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY~GAP*SCH@17 | |
| **MIDLAND FUNDING LLC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:12 | ACCOUNT NO.: 1293 |
| PO BOX 2011 | | |
| | CLAIM:  304.37 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY~JCP*SCH@18 | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.: 2060 |
| | CLAIM:  2,398.26 | |
| NORFOLK, VA  23541 | COMMENT:  ACCT NT/SCH*QVC~SYNCHRONY | |
| **US BANK NA** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O US BANK HOME MORTGAGE | Court Claim Number:14 | ACCOUNT NO.: 0260 |
| 4801 FREDERICA ST | | |
| | CLAIM:  47.35 | |
| OWENSBORO, KY  42301 | COMMENT:  $CL-PL*THR 9/16 | |
| **KML LAW GROUP PC*** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PRINCIPAL BANK/PRAE | |