**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/15/21 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  THERESA M. JACOBS

        Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
  THERESA M. JACOBS

      Respondents

Case No.16-23487JAD

Chapter 13

Related to Dkt. No. 76

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 15th day of September 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

        Rx Specialty Pharmacy
        Attn: Payroll Department
        24 Summit Park Dr
        Pittsburgh,PA 15275

is hereby ordered to immediately terminate the attachment of the wages of THERESA M. JACOBS, social security number XXX-XX-7226. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THERESA M. JACOBS.

BY THE COURT:

_____
JEFFREY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23487-JAD |
| Theresa M. Jacobs | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 1 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Theresa M. Jacobs, 126 Woodcrest Drive, Canonsburg, PA 15317-3851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Theresa M. Jacobs amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Principal Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com  cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5