**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 16-23487-JAD |
| Theresa M. Jacobs, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | : |
| | ) | Document No. |

**DEBTOR'S CERTIFICATION OF COMPLIANCE
WITH PROVISIONS OF 11 U.S.C. SECTION 1328**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 24, 2017, at docket number 34, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the forms.

This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Date: 9/30/2021

s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Hwy. #155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com
Attorney for Debtor