**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Theresa M. Jacobs**
Debtor(s)

Bankruptcy Case No.: 16−23487−JAD

Chapter: 13
Docket No.: 84 − 83

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of October, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/5/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23487-JAD |
| Theresa M. Jacobs | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Oct 29, 2021 | Form ID: 408 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa M. Jacobs, 126 Woodcrest Drive, Canonsburg, PA 15317-3851 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Attn: Jamie D. Hanawalt, 4375 Jutland Dr., Ste. 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| 14319590 | + | Borough of Canonsburg, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14291705 | + | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14291706 | + | GLESI/US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14291708 | + | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14291710 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219 |
| 14291712 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14316909 | + | Principal Bank, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14291717 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14291718 | + | TDBank/Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 14291719 | | U.S. Bank Home Mortgage, PO Box 200005, Owensboro, KY 42304 |
| 14309077 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14291720 | + | United States Attorney's Office, Western District of Pennsylvania, United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 29 2021 23:32:45 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 29 2021 23:24:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14291698 | + | Email/Text: legal@arsnational.com | Oct 29 2021 23:24:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 14297493 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 29 2021 23:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14291699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:32:51 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14303677 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:32:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14291701 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2021 23:24:00 | Commenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 14291702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2021 23:24:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14291703 | | Email/Text: mrdiscen@discover.com | | |

Case 16-23487-JAD    Doc 86    Filed 10/31/21    Entered 11/01/21 00:31:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 408 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 29 2021 23:24:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14291704 | + | Email/Text: BKRMailOps@weltman.com | Oct 29 2021 23:24:00 | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Pittsburgh, PA 15219-1826 |
| 14295276 | | Email/Text: mrdiscen@discover.com | Oct 29 2021 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14291707 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 29 2021 23:24:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14291709 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2021 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14291700 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2021 23:32:51 | Chase Bank USA, PO Box 15298, Wilmington, 40 19850 |
| 14337444 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2021 23:24:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14337306 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14291711 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14350155 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 23:32:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14318833 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14292238 | | Email/PDF: rmscedi@recoverycorp.com | Oct 29 2021 23:32:53 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291713 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:50 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14291714 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:57 | SYNCB/Gap, PO Box 965036, Orlando, FL 32896-5036 |
| 14291715 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:57 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14291716 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:44 | SYNCBT/TJ Maxx, PO Box 965036, Orlando, FL 32896-5036 |
| 14351631 | + | Email/Text: bncmail@w-legal.com | Oct 29 2021 23:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14341573 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 29 2021 23:24:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Canonsburg |
| cr | | Principal Bank |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14317532 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 16-23487-JAD    Doc 86    Filed 10/31/21    Entered 11/01/21 00:31:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 408 | Total Noticed: 44 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2021        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Theresa M. Jacobs amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Principal Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5