**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THERESA M. JACOBS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-23487 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/19/2016 and confirmed on 10/31/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 97,412.51 |
| Less Refunds to Debtor | 2,456.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,956.02 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,679.73 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,179.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PRINCIPAL BANK<br>    Acct: 0004 | 0.00 | 18,534.24 | 0.00 | 18,534.24 |
|   US BANK NA<br>    Acct: 0260 | 0.00 | 43,188.42 | 0.00 | 43,188.42 |
|   PRINCIPAL BANK<br>    Acct: 0004 | 303.84 | 303.84 | 0.00 | 303.84 |
|   US BANK NA<br>    Acct: 0260 | 47.35 | 47.35 | 0.00 | 47.35 |
|   CANONSBURG BOROUGH-GARBAGE<br>    Acct: 0800 | 38.39 | 38.39 | 13.12 | 51.51 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 4818 | 12,794.82 | 12,794.82 | 1,368.26 | 14,163.08 |
| | | | | 76,288.44 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THERESA M. JACOBS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THERESA M. JACOBS<br>    Acct: | 2,456.49 | 2,456.49 | 0.00 | 0.00 |
|   AMY L ZEMA ESQ<br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 7226 | 1,594.11 | 1,594.11 | 0.00 | 1,594.11 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: XXXXXXXX-JAD | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 1,904.11 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 0538 | 619.56 | 99.15 | 0.00 | 99.15 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 2427 | 0.00 | 0.00 | 0.00 | 0.00 |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 671.80 | 107.51 | 0.00 | 107.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4003 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 271.43 | 43.44 | 0.00 | 43.44 |
| Acct: 9031 | | | | |
| DISCOVER BANK(*) | 7,546.32 | 1,207.72 | 0.00 | 1,207.72 |
| Acct: 0522 | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 33,986.47 | 5,439.22 | 0.00 | 5,439.22 |
| Acct: 7226 | | | | |
| PNC BANK NA | 2,537.82 | 406.16 | 0.00 | 406.16 |
| Acct: 8433 | | | | |
| PNC BANK NA | 3,406.26 | 545.14 | 0.00 | 545.14 |
| Acct: 0707 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4014 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7041 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4827 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6228 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2444 | | | | |
| TD BANK USA NA** | 1,300.40 | 208.12 | 0.00 | 208.12 |
| Acct: 9342 | | | | |
| TD BANK USA NA** | 326.36 | 52.23 | 0.00 | 52.23 |
| Acct: 1990 | | | | |
| INTERNAL REVENUE SERVICE* | 16.79 | 2.69 | 0.00 | 2.69 |
| Acct: 7226 | | | | |
| MIDLAND FUNDING LLC | 248.83 | 39.83 | 0.00 | 39.83 |
| Acct: 7322 | | | | |
| MIDLAND FUNDING LLC | 304.37 | 48.71 | 0.00 | 48.71 |
| Acct: 1293 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,398.26 | 383.82 | 0.00 | 383.82 |
| Acct: 2060 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2060 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF JUSTICE (USAO) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,583.74 |

TOTAL PAID TO CREDITORS                                                        86,776.29

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,904.11 |
| SECURED | 13,184.40 |
| UNSECURED | 53,634.67 |

Date: 10/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THERESA M. JACOBS

          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:16-23487 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                    BY THE COURT:

                                      _____
                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23487-JAD |
| Theresa M. Jacobs | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 3 |
| Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa M. Jacobs, 126 Woodcrest Drive, Canonsburg, PA 15317-3851 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Attn: Jamie D. Hanawalt, 4375 Jutland Dr., Ste. 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| 14319590 | + | Borough of Canonsburg, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14291705 | + | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14291706 | + | GLESI/US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14291708 | + | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14291710 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219 |
| 14291712 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14316909 | + | Principal Bank, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14291717 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14291718 | + | TDBank/Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 14291719 | | U.S. Bank Home Mortgage, PO Box 200005, Owensboro, KY 42304 |
| 14309077 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14291720 | + | United States Attorney's Office, Western District of Pennsylvania, United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 29 2021 23:32:58 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 29 2021 23:24:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14291698 | + | Email/Text: legal@arsnational.com | Oct 29 2021 23:24:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 14297493 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 29 2021 23:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14291699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:32:45 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14303677 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:32:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14291701 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2021 23:24:00 | Commenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 14291702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2021 23:24:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14291703 | | Email/Text: mrdiscen@discover.com | | |

Case 16-23487-JAD    Doc 87    Filed 10/31/21    Entered 11/01/21 00:31:31    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 29 2021 23:24:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14291704 | + | Email/Text: BKRMailOps@weltman.com | Oct 29 2021 23:24:00 | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Pittsburgh, PA 15219-1826 |
| 14295276 | | Email/Text: mrdiscen@discover.com | Oct 29 2021 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14291707 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 29 2021 23:24:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14291709 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2021 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14291700 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2021 23:32:56 | Chase Bank USA, PO Box 15298, Wilmington, 40 19850 |
| 14337444 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2021 23:24:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14337306 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14291711 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2021 23:24:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14350155 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2021 23:32:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14318833 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14292238 | | Email/PDF: rmscedi@recoverycorp.com | Oct 29 2021 23:32:45 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291713 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:44 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14291714 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:57 | SYNCB/Gap, PO Box 965036, Orlando, FL 32896-5036 |
| 14291715 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:57 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14291716 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 23:32:56 | SYNCBT/TJ Maxx, PO Box 965036, Orlando, FL 32896-5036 |
| 14351631 | + | Email/Text: bncmail@w-legal.com | Oct 29 2021 23:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14341573 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 29 2021 23:24:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Canonsburg |
| cr | | Principal Bank |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14317532 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Amy L. Zema | on behalf of Debtor Theresa M. Jacobs amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Principal Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5