| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Theresa M. Jacobs** | Social Security number or ITIN  xxx−xx−7226 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16−23487−JAD** | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Theresa M. Jacobs

12/29/21

**By the court:**    <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Theresa M. Jacobs  
    Debtor

Case No. 16-23487-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: Dec 29, 2021      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa M. Jacobs, 126 Woodcrest Drive, Canonsburg, PA 15317-3851 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Attn: Jamie D. Hanawalt, 4375 Jutland Dr., Ste. 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14319590 | + | Borough of Canonsburg, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14291705 | + | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14291706 | + | GLESI/US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14291710 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219 |
| 14291712 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14316909 | + | Principal Bank, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14291718 | + | TDBank/Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 14291719 | | U.S. Bank Home Mortgage, PO Box 200005, Owensboro, KY 42304 |
| 14309077 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14291720 | + | United States Attorney's Office, Western District of Pennsylvania, United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 30 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2021 23:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 30 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2021 23:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Dec 30 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + EDI: WFFC.COM | Dec 30 2021 04:18:00 | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| 14315338 | EDI: PHINAMERI.COM | Dec 30 2021 04:18:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14291698 | + EDI: ARSN.COM | Dec 30 2021 04:18:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |

Case 16-23487-JAD    Doc 93    Filed 12/31/21    Entered 01/01/22 00:25:30    Desc Imaged
Certificate of Notice    Page 4 of 5

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: mgut | | Page 2 of 3 |
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | | Total Noticed: 46 |

| Recip ID | | Method | Date | Recipient |
|---|---|---|---|---|
| 14297493 | + | EDI: PHINAMERI.COM | Dec 30 2021 04:18:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14319590 | + | Email/Text: ebnjts@grblaw.com | Dec 29 2021 23:14:00 | Borough of Canonsburg, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14291699 | + | EDI: CAPITALONE.COM | Dec 30 2021 04:18:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14303677 | | EDI: CAPITALONE.COM | Dec 30 2021 04:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14291701 | + | EDI: WFNNB.COM | Dec 30 2021 04:18:00 | Commenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 14291702 | + | EDI: WFNNB.COM | Dec 30 2021 04:18:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14291703 | | EDI: DISCOVER.COM | Dec 30 2021 04:18:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14291704 | + | Email/Text: BKRMailOps@weltman.com | Dec 29 2021 23:14:00 | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Pittsburgh, PA 15219-1826 |
| 14295276 | | EDI: DISCOVER.COM | Dec 30 2021 04:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14291707 | + | EDI: PHINAMERI.COM | Dec 30 2021 04:18:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14291708 | + | EDI: IIC9.COM | Dec 30 2021 04:18:00 | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14291709 | | EDI: IRS.COM | Dec 30 2021 04:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14291700 | | EDI: JPMORGANCHASE | Dec 30 2021 04:18:00 | Chase Bank USA, PO Box 15298, Wilmington, 40 19850 |
| 14337444 | + | EDI: MID8.COM | Dec 30 2021 04:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14337306 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 23:14:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14291711 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 23:14:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14350155 | | EDI: PRA.COM | Dec 30 2021 04:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14318833 | | EDI: Q3G.COM | Dec 30 2021 04:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14292238 | | EDI: RECOVERYCORP.COM | Dec 30 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291713 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14291714 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | SYNCB/Gap, PO Box 965036, Orlando, FL 32896-5036 |
| 14291715 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14291716 | + | EDI: RMSC.COM | Dec 30 2021 04:18:00 | SYNCBT/TJ Maxx, PO Box 965036, Orlando, FL 32896-5036 |
| 14351631 | + | Email/Text: bncmail@w-legal.com | Dec 29 2021 23:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0315-2 | User: mgut | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 3180W | Total Noticed: 46 |

| 14291717 | + EDI: WTRRNBANK.COM | Dec 30 2021 04:18:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14341573 | EDI: USBANKARS.COM | Dec 30 2021 04:18:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Canonsburg |
| cr | | Principal Bank |
| cr | | Principal Bank as Owner of Residential Mortgage Lo |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14317532 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Theresa M. Jacobs amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Principal Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Principal Bank as Owner of Residential Mortgage Loans mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6