**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
THERESA M. JACOBS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-23487 JAD

Chapter 13

Document No.: 83

FILED
12/29/21 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __29th__ day of __December__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 16-23487-JAD

Theresa M. Jacobs                                                                                 Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                     User: mgut                                            Page 1 of 3

Date Rcvd: Dec 29, 2021                               Form ID: pdf900                                Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa M. Jacobs, 126 Woodcrest Drive, Canonsburg, PA 15317-3851 |
| cr | + | NATIONSTAR MORTGAGE, LLC, c/o Aldridge Pite LLP, Attn: Jamie D. Hanawalt, 4375 Jutland Dr., Ste. 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. Bank National Association, P.O. Box 9013, Addison, TX 75001-9013 |
| 14319590 | + | Borough of Canonsburg, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14291705 | + | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 14291706 | + | GLESI/US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14291708 | + | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14291710 | | Nationstar Mortgage, PO Box 199111, Dallas, TX 75219 |
| 14291712 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14316909 | + | Principal Bank, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14291717 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14291718 | + | TDBank/Target, 3701 Wayzata Blvd., Minneapolis, MN 55416-3440 |
| 14291719 | | U.S. Bank Home Mortgage, PO Box 200005, Owensboro, KY 42304 |
| 14309077 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14291720 | + | United States Attorney's Office, Western District of Pennsylvania, United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2021 23:24:22 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 29 2021 23:14:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14291698 | + | Email/Text: legal@arsnational.com | Dec 29 2021 23:14:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 14297493 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 29 2021 23:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14319590 | + | Email/Text: ebnjts@grblaw.com | Dec 29 2021 23:14:00 | Borough of Canonsburg, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14291699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2021 23:24:30 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14303677 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2021 23:24:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14291701 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2021 23:14:00 | Commenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |

Case 16-23487-JAD    Doc 94    Filed 12/31/21    Entered 01/01/22 00:25:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14291702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 29 2021 23:14:00 | | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14291703 | | Email/Text: mrdiscen@discover.com Dec 29 2021 23:14:00 | | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14291704 | + | Email/Text: BKRMailOps@weltman.com Dec 29 2021 23:14:00 | | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Pittsburgh, PA 15219-1826 |
| 14295276 | | Email/Text: mrdiscen@discover.com Dec 29 2021 23:14:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14291707 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 29 2021 23:14:00 | | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14291708 | + | Email/Text: Bankruptcy@ICSystem.com Dec 29 2021 23:14:00 | | I.C. Systems, PO Box 64437, Saint Paul, MN 55164-0437 |
| 14291709 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 29 2021 23:14:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14291700 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 29 2021 23:24:25 | | Chase Bank USA, PO Box 15298, Wilmington, 40 19850 |
| 14337444 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 29 2021 23:14:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14337306 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 29 2021 23:14:00 | | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14291711 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 29 2021 23:14:00 | | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14350155 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2021 23:24:30 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14318833 | | Email/Text: bnc-quantum@quantum3group.com Dec 29 2021 23:14:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14292238 | | Email/PDF: rmscedi@recoverycorp.com Dec 29 2021 23:24:22 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14291713 | + | Email/PDF: gecsedi@recoverycorp.com Dec 29 2021 23:24:26 | | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14291714 | + | Email/PDF: gecsedi@recoverycorp.com Dec 29 2021 23:24:30 | | SYNCB/Gap, PO Box 965036, Orlando, FL 32896-5036 |
| 14291715 | + | Email/PDF: gecsedi@recoverycorp.com Dec 29 2021 23:24:21 | | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14291716 | + | Email/PDF: gecsedi@recoverycorp.com Dec 29 2021 23:24:29 | | SYNCBT/TJ Maxx, PO Box 965036, Orlando, FL 32896-5036 |
| 14351631 | + | Email/Text: bncmail@w-legal.com Dec 29 2021 23:14:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14341573 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Dec 29 2021 23:14:00 | | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Canonsburg |
| cr | | Principal Bank |
| cr | | Principal Bank as Owner of Residential Mortgage Lo |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 3 of 3 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| | | |
|---|---|---|
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14317532 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Theresa M. Jacobs amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Principal Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Principal Bank as Owner of Residential Mortgage Loans mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6